**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KAI FUNG WU,

Petitioner,

v.

JESSICA SAGE,

Respondent.

No. 4:26-CV-01764

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 7th day of August 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Kai Fung Wu's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

2. Respondent shall **RELEASE** Wu from custody within 48 hours of the date and time this Order is placed on the docket, subject to the terms of supervision set forth in 8 U.S.C. § 1231(a)(3) and attendant regulations.

3. Respondent shall **CERTIFY COMPLIANCE** with paragraph 2 of this Order by filing a declaration pursuant to 28 U.S.C. § 1746 no later than three days after the date of this Order.

4. Following receipt of the compliance certification, the Clerk of Court shall CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge